

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                          **(312) 435-5670**
**Clerk**

## Transfer of Criminal Case

3/28/2023

Eastern District of Virginia

Case Title:  USA v. Zhu

Northern District of Illinois Case No.:  1:23-cr-00157    Other Court's Case No.:  1:23-mj-63

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                              ☐ In    ☒ Out

☒ Order.
☐ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**          ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.


                                        Sincerely,
                                        Thomas G. Bruton, Clerk of Court

                                        By: /s/Johnny Khuu
                                             Deputy Clerk

_____

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov


                                        Clerk, U.S. District Court
Date:                                   By:
                                        Deputy Clerk